NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DANIELLE S. WILLIAMSON,　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D19-3481
　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　　　　)
_____)

Opinion filed September 18, 2020.

Appeal from the Circuit Court for Charlotte
County; George Richards, Judge.

Robert David Malove of The Law Office of
Robert David Malove, P.A., Ft. Lauderdale,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

　　　　　Danielle Williamson appeals from the sentence imposed following the

revocation of her probation.  We affirm in all respects without comment.  With regard to

Williamson's claim that counsel rendered ineffective assistance, our affirmance is without prejudice to Williamson raising that issue in a timely filed Florida Rule of Criminal Procedure 3.850 motion. See McClough v. State, 74 So. 3d 158, 160 (Fla. 2d DCA 2011).

Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.